# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MERLY WAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | Case No. CIV-17-997-D |

## **ORDER**

Plaintiff brought the present action seeking judicial review of the Defendant Commissioner's final decision she was not "disabled" under the Social Security Act. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b). On May 10, 2018, Judge Mitchell issued a Report and Recommendation (R&R or Report) in which she recommended that the Court affirm the Commissioner's decision. Judge Mitchell advised the parties of their right to object to the Report and directed any objections be filed by May 31, 2018. Judge Mitchell further advised the parties that any failure to object would waive their right to appellate review of the factual and legal issues contained in the Report. To date, neither party has filed an objection or sought an extension of time to do so. Accordingly, the R&R is **ACCEPTED** and **ADOPTED** as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 15th day of June 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE